IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 06-cv-00651-LTB-BNB

HARRY PTASYNSKI,

    Plaintiff,

v.

KINDER MORGAN G.P., INC.,

    Defendant.

_____

ORDER
_____

On May 19, 2006, this Court entered its Order that venue is transferred to the Southern District of Texas. Also on May 19, 2006, Plaintiff filed his Notice of Voluntary Dismissal of Complaint Without Prejudice pursuant to Fed. R. Civ. P. 41(a). Ruling on the Notice of Voluntary Dismissal will be subject of the Court to which venue was changed.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED: May 22, 2006